IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GREGORY ROBINSON, JR.,           )
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )    1:22-cv-192
MS. S. WILLIAMS,                 )
MR. HONBARRIER                   )
and MR. SHULER,                  )
                                 )
          Defendants.            )
```

### ORDER

On July 18, 2025, the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 42, 43.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

This court previously adopted the Magistrate Judge's Recommendation dismissing Plaintiff's claims as to Defendant S. Williams. (Doc. 8 at 2.) However, this court neglected to include that dismissal in the order. (See Doc. 8 at 7-8.) The court will do so here.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 42), is **ADOPTED. IT IS FURTHER ORDERED**

that Defendants Honbarrier and Shuler's Motion for Summary Judgment, (Doc. 36), is **GRANTED** and this action is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that all claims against Defendant S. Williams are **DISMISSED** pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of August, 2025.

                                              */s/ William L. Osteen, Jr.*
                                            United States District Judge